Appeal Case # 01-15-00207-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 2 3 2015

CHRISTOPHER A. PRINE

CLERK _____

Joe Payton Lee,

Appellant


V

First Court of Appeals


Rita Lemons,

Appellee


### Motion Requesting Docketing Statement and Extension to File It


Comes now, Joe Payton Lee, pro se litigant and herein referred to as appellant, respectfully requesting a docket statement


pursuant to Texas Rules of Appellate Procedures 42.3. Appellant does not own a computer, and thereby requests that the clerk


please mail one to 3633 DuBois and give him time to file out and mail back. Appellant asks that he not be penalized.


Sign - Joe Payton Lee

as the appellant's defense in the trial that was heard on February 6, 2015.

Respectfully submitted,

Joe Payton Lee

Certificate of Service:

A true and correct copy of this motion was sent to the following interested parties pursuant to Texas Rules of Appellate Procedures 9.5 (d), (e):

Rita Lemons

16215 Diamond Ridge

Houston, Texas 77053

Mae Walker, Constable

5290 Griggs Road

Houston, Texas 77021

Attn: J. Milan - 7C21

Steve Smith, Harris County Attorney

15th Floor

1019 Congress

Houston, Texas 77002

*Sign Joe Payton Lee*